[Cite as *08/01/2008 Case Announcements*, 2008-Ohio-3825.]

## MISCELLANEOUS DISMISSALS

2008–1150.  **Van Beusecum v. Continental Builders, Inc.**
Delaware App. No. 06CAE12–0095, 2008-Ohio-2141. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS
*August 4, 2008*

[Cite as *08/04/2008 Case Announcements*, 2008-Ohio-3878.]

## MISCELLANEOUS DISMISSALS

2008–0865.  **State ex rel. Illing v. Qualex Inc.**
Franklin App. 07AP–178, 2008-Ohio-1724. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

2008–0531.  **State ex rel. Western v. Indus. Comm.**
Franklin App. No. 07AP–330, 2008-Ohio-326. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS
*August 6, 2008*

[Cite as *08/06/2008 Case Announcements*, 2008-Ohio-3880.]

## MERIT DECISIONS WITHOUT OPINIONS

2008–0940.  **State ex rel. Emmons v. West.**
In Mandamus. On complaint in mandamus of Scott Emmons. On S.Ct.Prac.R. X(5) determination, cause dismissed.
   MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2008–1025.  **Price v. Court of Appeals, Ninth Appellate Dist.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.